**FILED**

08/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0233



IN THE SUPREME COURT OF THE STATE OF MONTANA

CAUSE NO. DA 21-0233

| | |
|---|---|
| JASON C. MILLER, ) | |
| Petitioner & Appellee, ) | Order for an Extension of Time |
| vs ) | to |
| ERIN O MILLER, ) | Transmit the Record |
| Respondent & Appellant, ) | |
| Vs ) | |
| CHRISTIAN FOLGER MILLER, ) | |
| Intervenor & Appellee. ) | |

UPON CONSIDERATION of Appellant's Motion for Extension of Time to Transmit the Record, and for good cause shown, it is hereby ORDERED that the Motion is granted. Appellant is given an extension of time to transmit the record until September 21, 2021 to submit the transcript.

Dated this _____ day of August, 2021.

_____
Justice, Montana Supreme Court

Order for Extension of Time to Transmit Record

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 9 2021